# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL,<br><br>                              Petitioner,<br><br>    vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                              Respondents. | Civil No.   08-0645 WQH (LSP)<br><br>**ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS** |

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner has also filed a request to proceed in forma pauperis which reflects that he has no funds in his trust account at the facility in which he is presently confined.  Petitioner cannot afford the $5.00 filing fee.  Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis.  The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

DATED: April 17, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge