FILED
MAY 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Onorable Juge;
William Q Hayes

5/11/08

Sir, my name is Pedro Martinez Carbajar A# 23-223-001. The reason for my LETTER is because immigration has move me from Califonia Juridition to "Krome Service Processing Center" in Miami, since 4-29-08, to be able to stop the Habeas-Corpus I file from been granted.

I hope that by me been tramsfer don't affect or change my Habeas-Corpus that I have file in any way.

Thank you for your time and attention to this matter.

Sincerly Pedro Martinez

Case No# 08CV645 WQH (LSP)

<a>Case 3:08-cv-00645-WQH-LSP Document 7 Filed 05/14/2008 Page 2 of 2</a>



Pedro Martinez Carballar, A#23-223-001 Pod 5
Krome Service Processing Center
18201 S.W. 12 Street.
Miami, Fla. 33194

United States District Court
Attent to: William Q. Hayes
880 Front Street, Suite 4290
San Diego, California 92101-8900

12 MAY 2008 PM 1 T   MIAMI FL 331