UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary<br>of Homeland Security, et al.,<br><br>Respondents. | No. 08cv0645-WQH (LSP)<br>A23 223 001<br><br>DECLARATION<br>OF SAMUEL W. BETTWY |

I, Samuel W. Bettwy, declare and state as follows:

I am an Assistant United States Attorney in the Southern District of California and have been assigned the responsibility for the defense of the above-captioned case. In that capacity, I have obtained the following information:

1. On April 21, 2008, ICE Deportation Officer Jesus Reyna informed me by telephone and email that Petitioner Martinez-Carbajal had been accepted for repatriation to Cuba and that he would be transferred to Miami in the near future for boarding a repatriation flight to Cuba. [See attached true copy of email message.]

2. On May 14, 2008, Officer Reyna informed me by email that Martinez had been transferred to Miami, Florida.

3. Upon my further inquiry today at 5:00pm, Officer Reyna informed me by telephone today that he had personally informed Petitioner Martinez in February 2008 that Cuba had accepted him for removal on a June 2008 flight from Miami, Florida.

4. Officer Reyna also informed me that the February 28, 2008 Final Administrative Removal Order [Exs. 39-42] was issued for presentation to the Cuban government, after ICE had received the Cuban government's approval or Martinez's repatriation.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct to the best of my knowledge.
3  DATED: May 19, 2008

                                                 s/ *Samuel W. Bettwy*
                                                 SAMUEL W. BETTWY