UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO MARTINEZ-CARBAJAL, | ) | No. 08cv0645-WQH (LSP) |
| | ) | A23 223 001 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | GOVERNMENT'S RETURN |
| | ) | IN OPPOSITION TO PETITION |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | ) | FOR WRIT OF HABEAS CORPUS |
| | ) | |
| Respondents. | ) | |

STATE OF CALIFORNIA  ) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and

On May 19, 2008, I had my legal assistant Jackie Penley place in the mail, in the above-entitled action, a copy of the following:

**GOVERNMENT'S RETURN
IN OPPOSITION TO PETITION
FOR WRIT OF HABEAS CORPUS**

to Petitioner,

**Pedro Martinez-Carbajal
A23-223-001
Krome Service Processing Center
18201 SW 12 Street
Miami, FL 33194**

his address of record in this case. I also emailed a courtesy copy to James Fife, Esq., of Federal Defenders of San Diego, Inc., at james_fife@fd.org.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **Nineteenth Day of May 2008**.

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY