UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MICHAEL CHERTOFF, Secretary of<br>Homeland Security, et al.,<br><br>　　　　Respondents. | Case No. 08cv0645 WQH (LSP)<br><br>CERTIFICATE OF SERVICE<br>BY MAIL |

STATE OF CALIFORNIA　　　　) ss.
COUNTY OF SAN DIEGO

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action; and

On May 22, 2008, I am causing service by mail of the following:

**NOTICE OF "APPEARANCE"**

to Petitioner *in propria persona*,

　　Pedro Martinez-Carbajal
　　A23-223-001
　　Krome Service Processing Center
　　18201 SW 12th Street
　　Miami, FL 33194-2700

his address of record in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of May 2008.

　　　　　　　　　　　　　　　　　　　　　　　　s/ *Samuel W. Bettwy*
　　　　　　　　　　　　　　　　　　　　　　　　SAMUEL W. BETTWY