ORIGINAL   NUNC PRO TUNC
JUN - 3 2008



1  PEDRO MARTINEZ-CARBAJAL[1]
   A23-223-001
2  Krome Detention Center
   18201 SW 12 St.
3  Miami, FL 33194

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

PEDRO MARTINEZ-CARBAJAL,

          Petitioner,

V.

MICHAEL CHERTOFF, et al.,

          Respondents.

Case No. 08CV0645-WQH (LSP)

NOTICE OF MOTION AND
MOTION TO RECONSIDER MOTION
FOR APPOINTMENT OF COUNSEL

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY;
        SAMUEL W. BETTWY, ASSISTANT UNITED STATES ATTORNEY:

      PLEASE TAKE NOTICE that the Petitioner, Pedro Martinez-Carbajal, will ask this Court to enter an order granting the motion listed below.

///

///

///

---

[1] The Petitioner, whom Respondents have moved out of district, is filing the instant request for appointment of counsel with the assistance of James Fife and the Federal Defenders of San Diego, Inc., who drafted the instant motion.

1

## MOTION

The petitioner, Pedro Martinez-Carbajal, pursuant to the United States Constitution, 18 U.S.C. § 3006A, and all other applicable statutes, case law and local rules, hereby moves this Court to reconsider its denial of Petitioner's motion to appoint counsel to assist him in his efforts to seek relief from his detention through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

This motion is based upon the instant notice of motion, the incorporated statement of facts and attached memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: 5-29-08

**PEDRO MARTINEDZ-CARBAJAL**
Petitioner