UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL, [A23-223-001] <br><br> Plaintiff, <br><br> sv. <br><br> MICHAEL CHERTOFF, et al., <br><br> Defendant. | Case No. 08CV0645-WQH (LSP) <br><br><br> PROOF OF SERVICE |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **NOTICE OF MOTION AND MOTION TO RECONSIDER MOTION FOR APPOINTMENT OF COUNSEL,** placing a true copy of the above-mentioned document in the United States mail on June 3, 2008, to:

> **Samuel Bettwy**
> U S Attorneys Office Southern District of California
> Civil Division
> 880 Front Street
> Suite 6253
> San Diego, CA 92101

I certify under the laws of the State of California that the foregoing is true and correct. Executed on 3 June 2008 at San Diego, California.

SYLVIA FREEMAN