PEDRO MARTINEZ-CARBAJAL
A23-223-001
El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA 92243

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL, [A23-223-001] <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, et al., <br><br> Respondents. | Case No. 08CV0645-WQH (LSP) <br><br> DECLARATION OF JAMES FIFE IN LIEU OF PETITIONER'S TRAVERSE |

I, James Fife, declare:

1. I am an attorney duly licensed to practice law in the State of California, in the United States District Court for the Southern District of California, and in the United States Court of Appeals for the Ninth Circuit.

2. I am an employee of Federal Defenders of San Diego, Inc. In that capacity, I have been assisting the petitioner, Pedro Martinez-Carbajal, in securing his release from the custody of federal immigration officials, by filing a petition for a writ of habeas corpus in the United States District Court for the Southern District of California.

3. In April 2008, Respondents transferred Mr. Martinez out of district on the claim that his removal to Cuba was imminent, even though he had an active habeas corpus petition pending in this Court. Since that time, Mr. Martinez has been held in custody at the Respondents' Krome Detention Facility in Miami, Florida.

4. Since his transfer, I am unable to communicate with Mr. Martinez except by mail and when he is able to call out to me. I have continued to assist Mr. Martinez with his petition by preparing for him a motion for reconsideration of appointment of counsel. Since the Court has not granted the motion to appoint, I have sent the pleadings to Mr. Martinez in Florida for his review and signature, and had him mail them back to me for filing.

5. On June 3, 2008, I filed Mr. Martinez's motion for reconsideration of appointment with this Court; on June 6, 2008, this Court accepted the filing of that motion. However, no action has taken on the motion, and Mr. Martinez remains without the assistance of counsel. The Court ordered that the Traverse in this case be filed by **June 16, 2008**.

6. As indicated in the Motion to reconsider, substantial and unique factual and legal issues have arisen in this case since the Court denied the motion for appointment of counsel on April 17, 2008, finding that the facts and law had been clearly presented in the Petition. Since that Petition, Respondents have transferred Mr. Martinez out of district to the east coast of the country on the claim that removal to Cuba–despite 40 years of refusals–is imminent. Not only has the matter become much more complicated since the Court's previous ruling, but with Mr. Martinez 3,000 miles away from the court where his petition is pending, his ability to respond fully and in a timely fashion is unfairly burdened. As an example, I sent Mr. Martinez a signature page for him to sign in case there was no action on the motion to reconsider before his Traverse was due so that I could draft a basic pleading on his behalf and file it on time. It now appears that the page did not reach him and was not returned, causing Mr. Martinez in essence to lose his right to present a Traverse. This is a fundamental denial of due process of law, since Mr. Martinez's failure to file a Traverse can be deemed by this Court as an admission of the truth of all the allegations made in the Return. See 28 U.S.C. § 2243; 39A C.J.S. Habeas Corpus § 321 (2008).

7. Mr. Martinez, who has very limited education and limited English proficiency, has been unable to prepare a Traverse on his own, and the efforts to permit me to file a basic Traverse on his behalf were frustrated by the problems of trans-continental communication. Because this is a case raising substantive and unique issues of fact and law which will require ongoing monitoring to ensure Mr. Martinez is not excessively detained in violation of Supreme Court case law, the Court should reconsider the need for

appointment and grant Mr. Martinez an opportunity to file a substance and timely Traverse in this case to preserve his basic right to a fair and complete adjudication of his Petition.

8. Federal Defenders stands by ready and capable of representing Mr. Martinez *in absentia* to the resolution of his Petition.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters which are stated to be on information and belief, and as to those matters, I believe them to be true. Executed on this 16th day of June, 2008, in San Diego, California.

JAMES FIFE
Declarant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL, ) | |
| ) | CASE No. 08CV0645-WQH (LSP) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| MICHAEL CHERTOFF, et al., ) | |
| ) | |
| Defendant. ) | |

Counsel for Petitioner certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Declaration has been electronically served this day upon:

>Samuel Bettwy, Assistant United States Attorney
>880 Front Street
>San Diego, CA  92101

Dated: June 16, 2008                    /s/ James Fife
                                        JAMES FIFE
                                        Federal Defenders
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467 (tel)
                                        (619) 687-2666 (fax)
                                        james_fife@fd.org