UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>Respondents. | No. 08cv0645-WQH (LSP)<br>A23 223 001<br><br><br>**EXHIBITS** |

Email Correspondence, May 22-23, 2008.. . . . . . . . . . . . . . . . . . . . . . . . . . 44-47

```
From: James Fife [James_Fife@fd.org]
Sent: Friday, May 23, 2008 7:48 AM
To:   Bettwy, Samuel (USACAS)
Subject:    RE: Martinez-Carbajal

Thanks very much.  Mr. Martinez sounded very concerned about getting his
medication, and Krome did not seem to have the records authorizing them.

Yasha
```

|    | "Bettwy, Samuel (USACAS)" <Samuel.Bettwy@usdoj.gov> |    |
|----|---|---|
| To |    | "James Fife" <James_Fife@fd.org> |
| cc |    |    |
|    | 05/22/2008 11:16 AM |    |
| Subject |    | RE: Martinez-Carbajal |

```
As I provided in a previous email,
Dr. Montalvo, 305-207-2135.
--SWB
-----Original Message-----
From: James Fife [mailto:James_Fife@fd.org]
Sent: Thursday, May 22, 2008 8:37 AM
To: Bettwy, Samuel (USACAS)
Subject: Martinez-Carbajal


Sam:

I had a call from Mr. Martinez that the people at Krome do not have his
medical records from CCA and so they are refusing to give him his
required
medications.  Mr. Martinez has a very serious heart condition and had a
heart
attack while in custody.  I cannot find any direct contact phone number
for
Krome, or I would call myself and inquire what's going on.
```

Is
there some way you can facilitate this, or at least provide me with a contact
to legal counsel at Krome or someone in medical and try to get them talking to
the people at CCA?  Thanks.

Yasha

**Subject:** RE: Martinez-Carbajal

Again, I appreciate it very much!--Sam

---

**From:** Falzini, Eileen CDR [mailto:eileen.falzini@dhs.gov]
**Sent:** Thursday, May 22, 2008 12:57 PM
**To:** Bettwy, Samuel (USACAS)
**Subject:** RE: Martinez-Carbajal

FYI that I just sent the records and Dr. Montalvo has acknowledged receipt and that he will look into and take care of any issue immediately.  Thanks. ☺ Eileen

>-----Original Message-----
>**From:** Bettwy, Samuel (USACAS) [mailto:Samuel.Bettwy@usdoj.gov]
>**Sent:** Thursday, May 22, 2008 12:52 PM
>**To:** Falzini, Eileen CDR
>**Subject:** RE: Martinez-Carbajal
>
>Thanks much!
>--Sam Bettwy

**From:** Falzini, Eileen CDR [mailto:eileen.falzini@dhs.gov]
**Sent:** Thursday, May 22, 2008 11:20 AM
**To:** Bettwy, Samuel (USACAS); james_fife@fd.org
**Subject:** RE: Martinez-Carbajal

FYI Sir:

We will be emailing them so they arrive TODAY.  ☺  Thanks.

Eileen
HSA El Centro ☺

>-----Original Message-----
>**From:** Bettwy, Samuel (USACAS) [mailto:Samuel.Bettwy@usdoj.gov]
>**Sent:** Thursday, May 22, 2008 11:07 AM
>**To:** james_fife@fd.org
>**Subject:** Martinez-Carbajal
>
>Yasha,
>
>I talked to Commander Falzini.  She says that her records show that the meds and all needed paperwork were transferred to Krome with Mr. Martinez, but she will make a copy of the medical records and send them to Dr. Montalvo at Krome.  His phone number is 305-207-2135.
>
>Sam Bettwy

Asst. U.S. Attorney, S.D. Cal.

619-557-7119

619-557-5004 (fax)

samuel.bettwy@usdoj.gov