UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL, ) | Case No. 08cv0645 WQH (LSP) |
| ) | |
| Petitioner, ) | CERTIFICATE OF SERVICE |
| ) | BY MAIL |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary of ) | |
| Homeland Security, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |
| ) | |
| STATE OF CALIFORNIA ) | |
| ) ss. | |
| COUNTY OF SAN DIEGO ) | |

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action; and

On June 18, 2008, I am causing service by mail of the following:

**GOVERNMENT'S RESPONSE IN OPPOSITION
TO MOTION TO RECONSIDER MOTION FOR APPOINTMENT OF COUNSEL
AND STATUS REPORT**

to Petitioner *in propria persona*,

> Pedro Martinez-Carbajal
> A23-223-001
> Krome Service Processing Center
> 18201 SW 12th Street
> Miami, FL 33194-2700

his address of record in this case. I am also, this day, emailing a copy to Petitioner's attorney, Mr. James Fife at james_fife@fd.org.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this Eighteenth Day of June 2008.

> s/ *Samuel W. Bettwy*
> SAMUEL W. BETTWY