UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>Respondents. | No. 08cv0645-WQH (LSP)<br>A23 223 001<br><br>DECLARATION<br>OF JESUS REYNA |

I, Jesus Reyna, declare and state as follows:

1. I am the Deportation Officer assigned to the detained docket of Pedro Martinez-Carbajal, A23 223 001. I am a deportation officer for the Immigration and Customs Enforcement ("ICE") at the El Centro detention facility in El Centro, California. I am making this declaration at the request of Assistant U.S. Attorney Samuel W. Bettwy in this case.

2. I hereby re-confirm that Mr. Martinez has been accepted for repatriation to Cuba.

3. On June 16, 2008, I spoke to Puerto Rico ICE Officer Nidia Almonte, who is ICE's liaison officer to the Cuban Government, in charge of removals from Miami to Cuba.

4. Officer Almonte informed me that Mr. Martinez is now scheduled for a flight leaving from Miami to Cuba in July 2008.

5. Mr. Martinez's attorney, Mr. James Fife, has contacted me on various occasions about this matter. He has never called me about any difficulty concerning a document that did not reach Mr. Martinez.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: June 18, 2008

_____
JESUS REYNA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>Respondents. | No. 08cv0645-WQH (LSP)<br>A23 223 001<br><br>DECLARATION<br>OF JESUS REYNA |

I, Jesus Reyna, declare and state as follows:

1. I am the Deportation Officer assigned to the detained docket of Pedro Martinez-Carbajal, A23 223 001. I am a deportation officer for the Immigration and Customs Enforcement ("ICE") at the El Centro detention facility in El Centro, California. I am making this declaration at the request of Assistant U.S. Attorney Samuel W. Bettwy in this case.

2. I hereby re-confirm that Mr. Martinez has been accepted for repatriation to Cuba.

3. On June 16, 2008, I spoke to Puerto Rico ICE Officer Nidia Almonte, who is ICE=s liaison officer to the Cuban Government, in charge of removals from Miami to Cuba.

4. Officer Almonte informed me that Mr. Martinez is now scheduled for a flight leaving from Miami to Cuba in July 2008.

5. Mr. Martinez=s attorney, Mr. James Fife, has contacted me on various occasions about this matter. He has never called me about any difficulty concerning a document that did not reach Mr. Martinez.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.
DATED: June 18, 2008

_____
JESUS REYNA