

**FILED**

**6/19/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

**Martinez-Carbajal**                                **08cv00645-WQH-LSP**

-v-

**Chertoff et al**

# STRICKEN DOCUMENT
## (Per 6/30/08 Discrepancy Order, Doc. # 16)

## Doc. # 15 - Reply To Government Opposition To Motion To Reconsider Motion For Appointment of Counsel