1 KAREN P. HEWITT
United States Attorney
2 SAMUEL W. BETTWY
Assistant U.S. Attorney
3 California State Bar No. 94918
Office of the U.S. Attorney
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Telephone: (619) 557-7119

6 Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Respondents. | No. 08cv0645-WQH (LSP) <br> A23-223-001 <br><br> GOVERNMENT'S LODGEMENT OF NOTICE THAT PETITIONER HAS BEEN REMOVED |

On June 18, 2008, the Government reported to the Court that Petitioner Martinez would likely be repatriated in July 2008. The undersigned has been notified by the U.S. Department of Homeland Security ("DHS") that Petitioner was removed to Cuba on July 17, 2008. Attached is a copy of a printout from DHS's database, documenting the removal ("DATE-RELEASED: 07/17/2008" and "RELEASED-TO: DEP"). This case should therefore be dismissed as moot.

DATED: July 28, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ *Samuel W. Bettwy*

SAMUEL W. BETTWY
Assistant U.S. Attorney