UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ-CARBAJAL,<br><br>          Petitioner,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>          Respondents. | No. 08cv0645-WQH (LSP)<br>A23-223-001 |

**EXHIBIT**

(Printout showing that Petitioner was removed on July 17, 2008)

DACS CUSTODY SUMMARY INQUIRY          DATE: 07/28/2008
                    TIME: 15:13:20

A-NUM: 023223001     LAST NAME: MARTINEZ-CARVAJAL
DCO: SAJ       FIRST NAME: PEDRO         NATLTY: CUBA

   CHG-DOC-ISSUED:          DATE-WA-ISSUED:
   CHG-DOC-SERVED:          DATE-WA-SERVED:
             CONSUL-NOTIF:

   BOND-AMT-REQUIRED:        BOND-TERM-STATUS:
   BOND-AMT-POSTED:          DATE-BOND-POSTED:

   STAT-RECOG-SUPER:         DATE-STATUS-RECOG-SUPER:

   DET-LOC-ID: KRO      DATE-BOOKED-IN: 05/22/2008
   DATE-RELEASED: 07/17/2008    RELEASED-TO: DEP

   DATE-ENTERED: 05/23/2008    VR-USM:
   DET-FAC-TYPE: INS      DET-DCO: KRO

                  PF7 - DET LOC ID LIST
         COMMAND: CUST    A-NUM: 023223001
NO BOND DATA         FIRST PAGE OF DATA