|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

PEDRO MARTINEZ-CARBAJAL, ) Case No. 08cv0645 WQH (LSP)
)
Petitioner, ) CERTIFICATE OF SERVICE
) BY MAIL
v. )
)
MICHAEL CHERTOFF, Secretary of )
Homeland Security, et al., )
)
)
Respondents. )
_____ )
)
STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action; and

On July 28, 2008, I am causing service by mail of the following:

**GOVERNMENT'S LODGEMENT OF NOTICE
THAT PETITIONER HAS BEEN REMOVED**

to Petitioner *in propria persona*,

Pedro Martinez-Carbajal
A23-223-001
Krome Service Processing Center
18201 SW 12th Street
Miami, FL 33194-2700

his address of record in this case. I am also, this day, emailing a copy to Petitioner's attorney, Mr. James Fife at james_fife@fd.org.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this Twenty-Eighth Day of July 2008.

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY