1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   MARTINEZ-CARBAJAL ,                          CASE NO. 08cv645 WQH (LSP)

12                              Petitioner,       **ORDER**

13          vs.
     MICHAEL CHERTOFF, et al.,

14                              Respondents.

15   HAYES, Judge:

16          On April 9, 2008, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28

17   U.S.C. § 2241.  (Doc. # 1).  The Petition alleges that Petitioner was taken into custody on

18   September 4, 2007, and that "ICE conducted a Post-Order Custody review and decided on

19   November 30, 2007, to continue detention, claiming petitioner was a danger to the

20   community."  *Petition,* p. 3.  The Petition alleges that Petitioner's "current detention is in

21   excess of the period deemed presumptively reasonable for removal" articulated in *Zadvydas*

22   *v. Davis,* 533 U.S. 678 (2001).  On April 17, 2008, this Court issued an order to show cause

23   requiring Respondents to show cause why the Petition should not be granted by filing a return.

24   The order to show cause permitted Petitioner to reply to the return by filing a traverse.  (Doc.

25   # 6).  On May 19, 2008, Respondents filed a return.  (Doc. # 8).  On July 28, 2008,

26   Respondents filed a notice that Petitioner has been removed.  (Doc. # 18).  Respondents state

27   that Petitioner was removed to Cuba on July 17, 2008.  Respondents submitted a copy of a

28   printout from the U.S. Department of Homeland Security's database, documenting Petitioner's

1  removal.  *Notice of Removal,* Exhibit 1.

2        As Petitioner has been removed to Cuba, the Court concludes that the Petition for Writ

3  of Habeas Corpus pursuant to § 2241 is moot.  Accordingly, the Petition for Writ of Habeas

4  Corpus (Doc. # 1) is hereby **DENIED** as moot.

5  DATED:  August 5, 2008

6                                                          *William Q. Hayes*
                                          **WILLIAM Q. HAYES**
7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28