# UNITED STATES DISTRICT COURT

### Southern District of California

Pedro Martinez–Carbajal

                                 Plaintiff,

v.                                                        Case No.: 3:08–cv–00645–WQH–LSP

                                                                   Judge William Q. Hayes

Michael Chertoff

                                 Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED As Petitioner has been removed to Cuba, the Court concludes that the Petition for Writ of Habeas Corpus pursuant to 2241 is moot. Accordingly, the Petition for Writ of Habeas Corpus (Doc. # 1) is hereby Denied as moot.

                                                                                             W. Samuel Hamrick, Jr.,
                                                                                                  Clerk of the Court

Date: 8/6/08

                                                                                            By: s/ L. Odierno, Deputy Clerk

                                                                                            ENTERED ON: August 6, 2008