**FILED**

AUG 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Returned Mail
No forwarding address
Excess pages discarded
Date  8/25/08  (mdc)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ-CARBAJAL, <br><br> Petitioner, <br> vs. <br> MICHAEL CHERTOFF, et al., <br><br> Respondents. | CASE NO. 08cv645 WQH (LSP) <br><br> **ORDER** |

HAYES, Judge:

On April 9, 2008, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. # 1). The Petition alleges that Petitioner was taken into custody on September 4, 2007, and that "ICE conducted a Post-Order Custody review and decided on November 30, 2007, to continue detention, claiming petitioner was a danger to the community." *Petition*, p. 3. The Petition alleges that Petitioner's "current detention is in excess of the period deemed presumptively reasonable for removal" articulated in *Zadvydas v. Davis*, 533 U.S. 678 (2001). On April 17, 2008, this Court issued an order to show cause requiring Respondents to show cause why the Petition should not be granted by filing a return. The order to show cause permitted Petitioner to reply to the return by filing a traverse. (Doc. # 6). On May 19, 2008, Respondents filed a return. (Doc. # 8). On July 28, 2008, Respondents filed a notice that Petitioner has been removed. (Doc. # 18). Respondents state that Petitioner was removed to Cuba on July 17, 2008. Respondents submitted a copy of a printout from the U.S. Department of Homeland Security's database, documenting Petitioner's

Pedro Martinez-Carbajal
A23-223-001
Krome Service Processing Center
18201 SW 12 Street
Miami, FL 33194



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS